1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-CR-00220-JLT-SKO |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S PENDING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 |
| RUBEN GONZALO DURAN SANCHEZ, | |
| Defendant. | |

Defendant Ruben Gonzalo Duran Sanchez recently filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  (Doc. 112.)  Having reviewed the motion, the Court would benefit from further briefing.  As such, the government will have 60 days from the date of this Order to submit an opposition to the motion, after which Sanchez will have 21 days to file a reply.  If additional time is needed, either party may submit a status report requesting amended deadlines.

IT IS SO ORDERED.

Dated:  __January 4, 2023__

UNITED STATES DISTRICT JUDGE

1