PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN GONZALO DURAN SANCHEZ,<br><br>Defendant. | CASE NO. 1:18-CR-00220-JLT-SKO<br><br>STIPULATION TO CONTINUE BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and RUBEN GONZALO DURAN SANCHEZ ("DURAN SANCHEZ"), by and through DURAN SANCHEZ's counsel of record, Jeremy Gordon, hereby stipulate as follows:

1. On December 14, 2022, DURAN SANCHEZ filed his Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. Dkt. 112.

2. On January 4, 2023, the Court ordered the government to file any response to DURAN SANCHEZ's § 2255 motion within 60 days of the date of the order, making the government's response due March 5, 2023. The order also directed DURAN-SANCHEZ to file any reply within 21 days of the government's response. Dkt. 114.

3. Undersigned government counsel is working on the government's response to DURAN-SANCHEZ's motion, but requires additional time to respond to the motion. In addition to undersigned

STIPULATION TO CONTINUE BRIEFING SCHEDULE     1

counsel's significant caseload, counsel's spouse is having health issues regarding which counsel anticipates needing to attend medical appointments and take other related time off over the coming months.

4. Accordingly, counsel seeks a 60-day continuance of the government's response deadline and DURAN-SANCHEZ's reply deadline. If the Court were to grant the continuance, the government's response would be due May 4, 2023, and DURAN-SANCHEZ's reply would be due 21 days from the date of the filing of the government's response.

5. DURAN-SANCHEZ's counsel has no objection to this request.

IT IS SO STIPULATED.

Dated: February 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated: February 17, 2023

*/s/ Jeremy Gordon per email authorization*

JEREMY GORDON
Counsel for
RUBEN GONZALO DURAN SANCHEZ

# FINDINGS AND ORDER

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the date by which the government must file any response to DURAN-SANCHEZ's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 is hereby continued to May 4, 2023. Any reply shall be filed by DURAN-SANCHEZ within 21 days of the government's response.

IT IS SO ORDERED.

Dated: **February 23, 2023**

UNITED STATES DISTRICT JUDGE