UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RUBEN GONZALO DURAN SANCHEZ,<br><br>  Defendant. | Case No: 1:18-CR-00220-1-JLT<br><br>**ORDER APPOINTING COUNSEL** |

The Defendant has satisfied the Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Benjamin P. Ramos is appointed to represent the defendant in this case effective *nunc pro tunc* to May 16, 2025, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:  **May 20, 2025**

_____
UNITED STATES DISTRICT JUDGE