UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 18CR0220-JLT-SKO |
| Plaintiff, | ) | |
| | ) | ORDER RELIEVING CURRENT |
| v. | ) | COUNSEL AND APPOINTING |
| | ) | NEW CJA COUNSEL |
| | ) | |
| RUBEN GONZALO | ) | |
| DURAN-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Attorney Benjamin P. Lechman's motion to withdraw as counsel is hereby

GRANTED. The matter is referred to the CJA panel for appointment of substitute

counsel.

IT IS SO ORDERED.

Dated:   **June 16, 2025**

UNITED STATES DISTRICT JUDGE