**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN GONZALO DURAN SANCHEZ,<br><br>Defendant. | Case No. 1:18-CR-00220-1-JLT<br><br>ORDER AMENDING BRIEFING SCHEDULE FOR FILING A SUPPLEMENT TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE/MODIFICATION OF SENTENCE |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for sentence reduction:

   a)   The Defendant/Movant's supplement to motion for compassionate release will be filed on or before March 31, 2026.

   b)   The Government's response to the Defendant/Movant's supplement to be filed on or before May 30, 2026.

   c)   The Defendant/Movant's reply to the Government's response to be filed on or before June 19, 2026.

///

///

///

d)      The Defendant/Movant's exhibits (ECF No. 120-1) filed in support of the pro se motion will be incorporated by reference into the Defendant's supplement to the pro se motion.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

UNITED STATES DISTRICT JUDGE

**ORDER AMENDING BRIEFING SCHEDULE**